JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN LUU, INC., | Case No. CV 13-2997 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GUANG GAO D/B/A WRAPBRACELETSHUT.COM, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Chan Luu, Inc., and against defendants Guang Gao d/b/a wrapbraceletshut.com and Rao Lian d/b/a wrapbraceletsale.com, in the total amount of $20,000.00 in statutory damages under 15 U.S.C. § 1117(c).

2. Defendants, and their agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with or affiliated with them are permanently restrained and enjoined from:

   (A)   Using any copy, reproduction, or colorable imitation or simulation of the CHAN LUU mark in connection with goods not manufactured under plaintiff's authority;

1    (B)    Using any mark that is a copy, reproduction, colorable imitation, or simulation of or confusingly similar to the CHAN LUU mark, or is likely to cause confusion, mistake, deception, or public misunderstanding that defendants' products are products of plaintiff, or are sponsored by or in any way related to plaintiff;

(C)    Passing off, palming off, or assisting in passing off or palming off defendants' products as those of plaintiff, or otherwise continuing any and all acts of unfair competition; and

(D)    Copying or displaying, including posting on any website, any Chan Luu Copyrights.

3.  Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 27th day of January, 2014.

/s/
Fernando M. Olguin
United States District Judge